**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1045**

_____

DERRICK MICHAEL ALLEN, SR.,

        Plaintiff - Appellant,

     v.

AMAZON CORPORATION; WOODARD & ELLIS CO. LLC; JAHI GRYE'NYANE, Human Resource Agent; JEFF BEZOS, Founder of Amazon,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00657-TDS-LPA)

_____

Submitted:  October 18, 2022                      Decided:  October 20, 2022

_____

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Derrick Michael Allen, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Amazon Corp.*, No. 1:20-cv-00657-TDS-LPA (M.D.N.C. Jan. 5, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
